Rescript Opinions.

HOWARD MOULTON & another *vs.* ATTLEBORO MUTUAL FIRE INSUR-
ANCE COMPANY. January 29, 1976. It was open to the judge to find from
the photographs attached to the statement of agreed facts that the ob-
ject blown loose by the windstorm (which is described in the statement
as an "aluminum extension roof attached to the trailer") was not made
of fabric, that it consisted of a piece of metal (or of several pieces of
metal joined together), but that it contained no slats. Once such find-
ings were made the judge could properly conclude that the object was
a "canopy" within either of the lexical definitions of that word which
have been brought to our attention by the defendant but still rule that
the "canopy" did not fall within (d) cf the windstorm provisions of
the extended coverage endorsement of the policy. It is clear to us from
a study of the judge's actions on the defendant's fifth through tenth re-
quests for rulings (nowhere discussed in the defendant's brief) that
such were the mental processes employed by the judge in finding for
the plaintiffs.

*Judgment affirmed.*

*Leonard F. Clarkin (Robert Duggan* with him) for the defendant.